ANITA F. STORK (SBN 142265)
JAMES R. ATWOOD (SBN 044798)
TARA M. STEELEY (SBN 231775)
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111
Telephone: (415) 591-6000
Facsimile: (415) 591-6091
astork@cov.com

Attorneys for Defendant Integrated Device
Technology, Inc.

[Additional Counsel and Parties Appear at End]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARTHUR MADSEN; *et al.*,<br><br>              Plaintiffs,<br><br>  v.<br><br>SAMSUNG ELECTRONICS CO., LTD; *et al.*,<br><br>              Defendants. | Civil Case No.: C-06-6541 SI<br><br>MDL 1819 (pending)<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT DEADLINES; [PROPOSED] ORDER** |

Pursuant to Civil Local Rules 6-1(b) and 6-2 of the United States District Court for the Northern District of California, the following parties hereby stipulate to continuing the deadlines set forth in the Case Management Scheduling Order filed October 19, 2006 for the following good cause:

      1.    At least 49 complaints have been filed to date in federal district courts by plaintiffs bringing class actions on behalf of either direct or indirect purchasers alleging price

1  fixing by manufacturers of Static Random Access Memory ("SRAM") (collectively, the
2  "SRAM cases").
3      2. There is currently pending before the Judicial Panel on Multidistrict Litigation
4  ("JPML") a request pursuant to 28 U.S.C. §1407 to consolidate in this district the SRAM cases
5  filed here and in other districts nationwide.
6      3. On December 14, 2006, the JPML issued a Notice of Hearing Session stating
7  that the request to consolidate the SRAM cases will be heard by the JPML on January 25, 2007
8  (MDL 1819).
9      4. The parties agree that, at some point subsequent to that hearing, the JPML is
10 likely to grant the transfer and coordination or consolidation request.
11     5. In light of the pending request before the JPML, Plaintiffs and Defendants
12 Micron Technology, Inc. and Micron Semiconductor Products, Inc. stipulated on November 13,
13 2006 to extend the time for these Defendants to respond to the Complaint in the above-
14 captioned action to the earlier of the following two dates: (1) thirty days after the filing of a
15 Consolidated Amended Complaint in the SRAM cases; or (2) thirty days after Plaintiffs provide
16 written notice that they do not intend to file a Consolidated Amended Complaint, provided that
17 such notice may be given only at or after the initial case management conference in the MDL
18 transferee court in this case.   All other defendants in this case, including Integrated Device
19 Technology, Inc., joined in that Stipulation.  There have not been any other time modifications
20 in this case.
21     6. Given the January 25, 2007 hearing date for MDL 1819, the dates set forth in
22 the Case Management Scheduling Order filed October 19, 2006, including deadlines imposed
23 by Federal Rules of Civil Procedure 26, Local Rule 16, and ADR Local Rule 3.5, will come to
24 pass before the JPML acts on the pending request.
25     7. Continuing the dates set forth in the Case Management Scheduling Order filed
26 October 19, 2006 would promote judicial efficiency, allow consistency in pretrial rulings, and
27 be most convenient to the parties, including the Plaintiffs in the above-captioned action.
28

8. Accordingly, the parties hereby STIPULATE to and respectfully request the Court to CONTINUE the dates set forth in the Case Management Scheduling Order filed October 19, 2006. The affected dates include the deadline to meet and confer and file Joint ADR Certification (currently January 5, 2007); the deadline to complete Initial Disclosures, the Joint Case Management Statement, and the Rule 26(f) Report (currently January 19, 2007); and the Initial Case Management Conference (currently January 26, 2007). The parties propose extending these dates to April 6, 2007, April 20, 2007, and April 27, 2007, respectively.

DATED: December 21, 2006          Respectfully submitted:

By:      /s/ Tara M. Steeley
         Anita F. Stork
         Tara M. Steeley
         COVINGTON & BURLING LLP
         Attorneys for Defendant Integrated
         Device Technology, Inc.

DATED: December 21, 2006

By:      /s/ Jon T. King
         Michael P. Lehman
         Jon T. King
         FURTH LEHMANN & GRANT LLP
         Attorneys for Plaintiffs

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

_____
The Honorable Susan Illston
United States District Court Judge

-3-
STIPULATION TO CONTINUE DEADLINES IN CASE MANAGEMENT SCHEDULING ORDER
Case No.: C-06-6541 SI